■ FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF ROCHESTER, Respondent, v MERCEDES KELLY, Appellant. [623 NYS2d 119] —Appeal by the defendant from an order of the Supreme Court, Nassau County (Robbins, J.), entered February 5, 1993.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Robbins at the Supreme Court. Mangano, P. J., O'Brien, Pizzuto and Florio, JJ., concur.